UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED BY __PG__ D.C.

JUL 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.

**Rhea Cecelia Foy**
(Write the full name of the plaintiff)

vs. **86 8Plex LLC**
**Harold Peguero and**
**all other affiliates**

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: **Rhea C. Foy**

Address: **15600 SW 103 pl Miami FL 33157**

Inmate/Prison No.: **N/A**

Year of Birth: **1984** (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: **86 8P Lex LLC**   Defendant: **Harold Peguero**

Official Position: **Owner**   Official Position: **Property manager**

Place of Employment: _____   Place of Employment: **PIA Group | Strategic Properties**

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

① As a representative of 86 8Plex LLC, Mr. Harold Peguero engaged in retaliatory conduct and familial discrimination by filing for eviction after the plaintiff Rhea Foy made several maintenance requests via the PMA tenant portal shortly after moving in.

② The actions of the defendants as well as exposure to mold in the apartment (see attached sheet)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Plaintiff is seeking relief in the amount of $16,708.78.
① Lost wages of gross pay ~ $12,480.00
② Co-payments paid directly to Mount Sinai Medical Center - $100.00
③ Cost of Brain MRI paid directly to University of Miami Hospital - $3,555.22
④ Lodging: $213.66 4 days (final cost TBD)

Final cost of relief to be determined and adjusted. (2) Permenant injunction from any lawsuits/litigation on behalf of B6 8Plex LLC, Tiandla Peguero, and affiliates.

### IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this **2nd** day of **July**, 20**19**

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: **July 2nd 2019**

_____
Signature of Plaintiff

# Continuation of statement of claim

has caused undue stress which led to the plaintiff to taking a leave of absence from full time employment without pay for approximately three months for a new onset of headaches with an unknown etiology that were eventually diagnosed as "migraines".

3. As the plaintiff and the defendants are unable to reach a fair conciliation with HUD, the plaintiff has vacated the apartment on June 30, 2019 as requested by the defendants and is now residing in lodging as she seeking an affordable rental and one that she can also be approved for with a low credit score.



Clerk's Office
United States District Court
Southern District of Florida

400 North Miami Ave
8N09
Miami, FL 33128-7716

Rhea C. Foy
15600 SW 103 Pl
Miami, FL
33157